**CIVIL MINUTES – GENERAL**

| No. | CV 15-04191-ODW (PJW) | Date | October 4, 2017 |
|---|---|---|---|
| Title | *Jenhanco, Inc. v. The Hertz Corporation, et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**            **In Chambers**

    In light of Plaintiff's Notice of Settlement (ECF No. 207), the Court **DISMISSES** this action <u>without prejudice</u>. On or before **November 15, 2017**, any settling party may move to enforce the settlement, apply to reopen the action, or stipulate to extend the deadline in which to file such a motion or application.[1] If the settling parties do not file any such motion, application, or stipulation on or before that date, the settling parties will be deemed to have stipulated to a dismissal of this action <u>with prejudice</u>. Fed. R. Civ. P. 41.

    The Court **VACATES** all other dates and deadlines in this action, and the Clerk of the Court shall close the case.

                                                                                     :      00

                                                       Initials of Preparer     SE

---

[1] The Court expressly retains jurisdiction over this action to adjudicate any such or other filings made during this time.